# Exhibit A to the Complaint

**Location:** Monroe, NC  **IP Address:** 174.108.75.27
**Total Works Infringed:** 44  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash:<br>126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 09-15-2023 17:20:41 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 2 | Info Hash: B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash:<br>880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 09-15-2023 17:19:47 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 3 | Info Hash: 31959DBFA8875FB8FF4EFC094D1C92D4DC625E7C<br>File Hash:<br>8E1FC62DCDBBC878972A90DEC72B1FBA5206AF2E9DFEB6659AB6ED88FBC76BDD | 09-15-2023 17:16:58 | Blacked Raw | 02-13-2020 | 03-18-2020 | PA0002241447 |
| 4 | Info Hash: CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A<br>File Hash:<br>C9D25135B90E91BB6451557A25CFF18DF7E804114218FB4E7CB112E333D037EA | 09-15-2023 17:16:43 | Blacked | 11-06-2018 | 11-25-2018 | PA0002136603 |
| 5 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash:<br>A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 09-15-2023 17:13:26 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 6 | Info Hash: CD6294A1E374A9314470B69751116A79B32C1E56<br>File Hash:<br>92DB9212667413025631739679798 0F856FDD80CA53D09C27DDBF0ED6E827C6A | 12-27-2022 06:58:56 | Blacked Raw | 11-18-2017 | 01-02-2018 | PA0002068867 |
| 7 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D<br>File Hash:<br>09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 12-27-2022 03:58:08 | Blacked | 12-21-2019 | 01-03-2020 | PA0002219632 |
| 8 | Info Hash: AC385CDF0744BE2ED3C0FF8EC4A868666B5D201D<br>File Hash:<br>E59F3A4767AE413ABF2654F673E413BC32F7923DDCABFE3241F7CD94B45CFA47 | 12-08-2022 04:36:59 | Tushy | 04-12-2020 | 04-22-2020 | PA0002237697 |
| 9 | Info Hash: 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806<br>File Hash:<br>9BB4B80B2874773C608A5E46747FAC0F93629D1C9636ED6CF313EA61221E810D | 12-02-2022 03:49:03 | Vixen | 07-18-2018 | 09-01-2018 | PA0002119684 |
| 10 | Info Hash: 192472959510175286E0731FB04278020BC47133<br>File Hash:<br>0D6C6DE0F0C98545FBB3518F4880958D6F4B1877FB60D6AF0F9A11F223EB2BDD | 11-30-2022 18:05:21 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 11 | Info Hash: 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5<br>File Hash:<br>7483CFAD2ABCB5652EA25BEFA703766A4EB32441025CDB9F4198CD1A77E0DB3F | 11-30-2022 16:18:47 | Blacked | 04-30-2018 | 05-24-2018 | PA0002101364 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 905E4F7C416218B8230D0E3F77FEE0E5409D7995<br>File Hash: 54E302936EF99A29636EBC9A82783F3C3976B37E467AD2E3F39B60877283F542 | 11-30-2022 16:17:34 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 13 | Info Hash: FD5C62D3613EF573E62CD6548E3BDFA287B049F1<br>File Hash: D69EA86DE6D070D289158FCFAC79742948FA880377BB95F432466115FA63BC67 | 11-30-2022 16:16:39 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 14 | Info Hash: 309024C828DF3FB77335331A1416A2078E5B2F04<br>File Hash: 44E24DDEA8CC646565E0756D7206106F1F0E93A93F82C324C3A6F4BE33A1494A | 11-30-2022 16:11:39 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 15 | Info Hash: 9140D32FECC0E0EF0AB2B37231A8119DA49DDC32<br>File Hash: 77997F0D82FCA3F6C406459FF4CD21A8649AE36876B7DE86536FF47C53E9493A | 10-21-2022 19:05:01 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 16 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash: 4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 10-21-2022 19:04:09 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |
| 17 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 09-12-2022 12:07:54 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 18 | Info Hash: 025477E817FDAD26E20E85603DCEC00D1BD5DA68<br>File Hash: 211F5C323C06C8C41A64998676FDCC2C3172142328F132032DFA9CC295E47786 | 07-15-2022 12:46:45 | Blacked | 09-02-2018 | 11-01-2018 | PA0002143413 |
| 19 | Info Hash: ECEC874C21239A30F35D90C14D825619A4E8486A<br>File Hash: 3BF2821EC208F96DCFAB5AEC6A0A782BA4D4E7896DA939247644E14885C28509 | 03-06-2022 07:27:21 | Blacked Raw | 08-20-2018 | 09-05-2018 | PA0002135002 |
| 20 | Info Hash: 45D4AF0C0675541261833DD3255ABBED35C8CBD4<br>File Hash: 4F731D5E327C869637362FF7ADB2E22BA17083F6DCF62EB3C556EDC2FE87FE98 | 03-06-2022 07:24:41 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 21 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 02-12-2022 15:09:23 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 22 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 10-27-2021 20:36:44 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 23 | Info Hash: 662C42833DF0727F4B96196F88475B615B2F0D2B<br>File Hash: 181A5A85F913157A0303150E1B0C7ECC81F7A63FC42BA1071B5236AC52A0432E | 10-27-2021 20:35:13 | Blacked Raw | 07-31-2019 | 08-22-2019 | PA0002195511 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3D04CB0CE738558A4622603B3D95E3CC65FA5DA4<br>File Hash: 659ADF72BD7D1D3287E75B65E5A79BF5D3296FB6625F0D71AB979FDFB525BD69 | 10-27-2021 20:31:33 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 25 | Info Hash: C2295AE8704ED037E9E49C2B4B5FBA45316C02A8<br>File Hash: 9502A6D713E597EA87671BC97A6B83FA8C08CE59EEDE4B4EAC0871660F6D17D5 | 10-27-2021 20:29:39 | Blacked Raw | 09-29-2018 | 11-01-2018 | PA0002143425 |
| 26 | Info Hash: 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23<br>File Hash: 8F6C453740B37D5E62E645F7B122857B20C711154CF03D4597B1C3C020D30F52 | 10-10-2021 05:24:37 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |
| 27 | Info Hash: 341F22B7BE664B8541902936883E532C0C726ECE<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 10-10-2021 05:16:37 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 28 | Info Hash: 2E7DB9DA1E12BC2963F7DC66AC300417AD983BC7<br>File Hash: 358DA725020AF45E0B0CAE9E1D26EBE160E66995B1C4815EE09665B1B4F93BEF | 10-10-2021 05:09:56 | Blacked Raw | 12-13-2019 | 01-22-2020 | PA0002234865 |
| 29 | Info Hash: 3E0C1C5F1E26E8922045CD0C97E9A66630A50E8E<br>File Hash: C0BF3B860D0EE1CC072E8FBD4E0215028099BD326A86A63815733649C5D9FB74 | 10-10-2021 05:04:46 | Blacked Raw | 02-26-2020 | 04-17-2020 | PA0002252443 |
| 30 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash: 4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 09-16-2021 17:49:13 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 31 | Info Hash: 0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash: 9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 09-10-2021 03:32:52 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 32 | Info Hash: 44879CA5156C6B94FAB93A6D4FD160ABB8689D82<br>File Hash: 8813814E8DF5A47074C41B0A60494F957BB41B4C3FE7226DA5AE46719DE78A69 | 04-01-2021 18:08:21 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 33 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash: B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 04-01-2021 18:07:46 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 34 | Info Hash: 2862FA0426C54DF5E65C7A671C2FAC7887418C6F<br>File Hash: 33323486571753E5D76822CDCC102A957F57DE62E5AF27D8C951EB06958D0989 | 03-23-2021 22:19:52 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 35 | Info Hash: AD5C18C1994C5C7C76E738EE43E039563A9A8BD2<br>File Hash: 6C8BFD68D9A18180B8BCAC1B5CAF5ED59CA39E57F01E76638702D71B369E3134 | 03-23-2021 22:19:46 | Vixen | 11-15-2019 | 12-03-2019 | PA0002232048 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: C66CB7D5D924FC8D5C68C719745BB62596B66AFD<br>File Hash:<br>031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 03-23-2021 19:34:15 | Vixen | 11-20-2019 | 12-09-2019 | PA0002216255 |
| 37 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash:<br>13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 03-18-2021 19:14:22 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 38 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash:<br>A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 03-09-2021 20:55:19 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 39 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash:<br>7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 03-09-2021 20:53:54 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 40 | Info Hash: 716BD92E139BE2039209B3F8C494B7A8356E4774<br>File Hash:<br>D02255E8C093E98B712A51334068B516A9B2B7C10B0482D76261E8C7712FE1E0 | 03-09-2021 20:53:30 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 41 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash:<br>C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 03-09-2021 20:49:07 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |
| 42 | Info Hash: D9261D3722C161272619A45A80E6F849B0BC63B5<br>File Hash:<br>9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 03-07-2021 11:24:34 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 43 | Info Hash: 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash:<br>A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 02-22-2021 21:01:19 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 44 | Info Hash: 3EFE1972448E3CEE7089031141791E80FEE4781A<br>File Hash:<br>9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 02-22-2021 19:03:27 | Blacked | 12-11-2019 | 01-03-2020 | PA0002219628 |